IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:10cr32-6-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | AMENDED |
| vs. ) | O R D E R |
| ) | |
| JESUS ALBERTO LUCIO ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion To Continue Trial Date from the November 1, 2010, criminal term in the Statesville Division.

For the reasons stated in Defendant's motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial and that the Government does not oppose this Motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a continuance is **GRANTED** and this case is hereby continued from the November 2010, criminal term in the Statesville Division to the January 10, 2011, criminal term in the Statesville Division.

Richard L. Voorhees
United States District Judge

Signed: October 6, 2010